```
SHELLEY G. BRYANT - #222925
AMANDA B. WHITTEN - #251160
BRYANT WHITTEN, LLP
8050 North Palm Avenue, Suite 210
Fresno, California 93711
(559) 494-4910 Telephone
(559) 421-0369 Facsimile
```

Attorneys for Plaintiff, VANESSA FINDLAY

```
BRIAN L. JOHNSRUD - #184474
EMILIE PETIRS - #238845
CURLEY, HESSINGER & JOHNSRUD LLP
4400 Bohannon Drive, Suite 230
Menlo Park, California  94025
(650) 600-5300 Telephone
(650) 323-1002 Facsimile
```

Attorneys for Defendants, AGILENT TECHNOLOGIES, INC.

FILED

MAY 21 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA FINDLAY, | Case No. 2:15-CV-01013-JAM-CKD |
| Plaintiff, | STIPULATION AND PROPOSED ORDER FOR LEAVE TO AMEND AND REMAND TO STATE COURT |
| vs. | |
| AGILENT TECHNOLOGIES, INC., a Delaware corporation, and Does 1 through 20, inclusive, | |
| Defendants. | Dept :   Courtroom 6<br>Judge :  Hon. John A. Mendez |

Defendant, AGILENT TECHNOLOGIES, INC., and Plaintiff, VANESSA FINDLAY, through their respective counsel, hereby jointly submit this stipulation for an Order for Leave to Amend and for Remand to State Court.

WHEREAS, Plaintiff filed the Complaint in state court and unintentionally referred to Plaintiff's protected medical leave as Family Medical Leave Act (FMLA) and the California Family Right Act, which she was entitled to and protected by as an employee in California;

WHEREAS, Plaintiff's proposed First Amended Complaint, lodged herewith, contains no mention of claims requiring federal jurisdiction, and no federal questions;

1  WHEREAS, Plaintiff's reasons for seeking amendment of the complaint and remand is to control the forum in which her rights will be addressed, which is a right normally accorded to Plaintiffs in filing their claims;

4  WHEREAS, the request is not for any impermissible reason, nor to delay the prosecution of this matter;

6  WHEREAS, no party's rights will be prejudiced by issuing the order requested so early in the proceedings, when no other motions have been presented to this Court's jurisdiction, no discovery has been conducted under the federal rules, and as of this date, no early meeting of counsel has occurred.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the parties through their undersigned counsel of record that:

1. Plaintiff dismisses all claims arising under the FMLA;
2. The First Amended Complaint lodged herewith is deemed filed; and
3. The matter shall be remanded to state court.

Dated: May 18, 2015                    BRYANT WHITTEN, LLP

*/s/ Bryant*

SHELLEY G. BRYANT, Attorneys for Plaintiff,
VANESSA FINDLAY

Dated: May 18, 2015                    CURLEY, HESSINGER & JOHNSRUD LLP

/s/

BRIAN LEE JOHNSRUD, Attorneys for Defendant,
AGILENT TECHNOLOGIES, INC.

## ORDER

**GOOD CAUSE APPEARING**, the Court hereby approves this Joint Stipulation and orders the First Amended Complaint lodged herewith deemed filed. The matter is Remanded to the Superior Court of Sacramento County and the Court Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: May 21, 2015

UNITED STATES DISTRICT JUDGE